LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

December 7, 2018

Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

Re: Funes v. Botanica Plant & Property Management, Inc. et al.
Civil Action No. 17-CV-05490 (SJF) (AKT)

Dear Judge Feuerstein:

This firm represents Plaintiff in the above-referenced action which asserts claims under the Fair Labor Standards Act and New York Labor Law. The parties have agreed to a settlement of Plaintiff's claims as set forth in the attached Settlement Agreement. The parties respectfully request that the Court approve their settlement as fair and reasonable. We thank the Court for its assistance in bringing this matter to a prompt resolution.

Respectfully,

/s/ *Peter A. Romero*

Peter A. Romero

Attach

cc: Jennifer Nigro, Esq.

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
825 Veterans Hwy, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com